NUMBER 13-05-732-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG 

________________________________________________________

 

THE J. GONZALEZ LAW FIRM, P.L.L.C.,                      Appellant,

 

                                           v.

 

LAW
OFFICES OF RAUL MEDINA, P.C.,                        Appellee.

________________________________________________________

 

              On appeal from County
Court at Law No. One 

                           of Hidalgo
County, Texas.

________________________________________________________

 

                     MEMORANDUM OPINION

 

                 Before Justices
Hinojosa, Yañez, and Garza

Memorandum
Opinion Per Curiam

 








Appellant, THE
J. GONZALEZ LAW FIRM, P.L.L.C., perfected an appeal from a judgment entered
by County Court at Law No. One of Hidalgo County,
Texas, in cause number CL-05-1412-A.  After the notice of appeal was filed,
appellant filed an unopposed  motion to
dismiss the appeal.  In the motion,
appellant states that the judgment from which this appeal was taken was set
aside by order of the trial court granting appellant=s motion for new
trial.  Appellant requests that this
Court dismiss the appeal and that costs be taxed to the party incurring same.

The Court, having
considered the documents on file and appellant=s motion to dismiss the appeal, is of the opinion
that the motion should be granted. 
Appellant=s motion to dismiss is
granted, and the appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

Memorandum Opinion delivered and filed this

the 6th day of April, 2006.